AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00238 |
| Gregory Peck, Jr. | ) Assigned To : Judge Zia M. Faruqui |
| | ) Assign. Date : 8/5/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |

*Defendant*

## ARREST WARRANT

*FBF Arrest*

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                          Gregory Peck, Jr.                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder,
18 U.S.C. § 111 (a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon,
18 U.S.C. § 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. § 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. § 1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

Date:      08/05/2024

2024.08.05
13:57:57 -04'00'

*Issuing officer's signature*

City and state:      Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 08/05/2024 , and the person was arrested on *(date)* 08/07/2024 at *(city and state)* VALDESE, NC . |
| Date: 08/07/2024              SA *(signature)* |
| *Arresting officer's signature* |
| ATF SA S.M. BERGER - SPECIAL AGENT |
| *Printed name and title* FBI JTTF |